# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SOLAK, derivatively on behalf of RING ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD T ROCHFORD, KELLY HOFFMAN, DAVID A. Fowler, STANLEY M. MCCABE, ANTHONY B. PETRELLI REGINA ROESNER and CLAYTON E. WOODRUM , <br><br> Defendants. <br><br> -and- <br><br> RING ENERGY, INC., a Nevada Corporation <br><br> Nominal Defendant. | Case No. 3:19-cv-00410-MMD-WGC <br><br> ~~STIPULATION AND [PROPOSED]~~ ORDER REGARDING BRIEFING ON MOTION TO DISMISS AND EXTENSION OF MEDIATION DEADLINE <br><br> FIRST REQUEST |

WHEREAS Plaintiff filed an Amended Complaint on April 29, 2020 [ECF No. 42];

WHEREAS, Defendants filed a Motion to Dismiss the Amended Complaint on June 30, 2020 [ECF No. 48] ;

WHEREAS, pursuant to LR 7-2, Plaintiff has 14 days to respond to the motion unless the Court orders otherwise;

WHEREAS, the parties have discussed briefing on the Motion to Dismiss and have agreed that, subject to Court approval, Plaintiff shall have an additional 30 days to file an opposition (*i.e.*, until August 14, 2020), and that Defendants shall have 15 days to file a reply thereafter; and

WHEREAS, the parties have also discussed the Court's minute order of April 30, 2020 [ECF No. . 45], wherein the Court directed the parties to contact the courtroom deputy for the purpose of scheduling mediation. While the parties remain amenable to mediation, they respectfully submit that a determination on the Motion to Dismiss should precede scheduling of any mediation and therefore

request that their deadline to do so be extended until 10 days following a decision on the Motion to Dismiss;

WHEREAS, this is the first request for an extension to the Motion to Dismiss [ECF No. 48] and the Court's Minute Order directing the parties to schedule a mediation date [ECF No. 45].

AGREED TO This 8th day of July, 2020, by:

| THE O'MARA LAW FIRM, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| *s/ David C. O'Mara* <br> David C. O'Mara, Esq. (NV BAR 08599) <br> 311 E. Liberty Street <br> Reno, NV 89501 <br> (775) 323-1321 <br> david@omaralaw.net | *s/ Michael N. Feder* <br> Michael N. Feder (NV Bar 7332) <br> 3883 Howard Hughes Pkwy, Suite 800 <br> Las Vegas, NV 89169 <br> (702) 550-4400 <br> mfeder@dickinson-wright.com |
| NEWMAN FERRARA LLP <br> Jeffrey M. Norton (*Pro Hac Vice*) <br> 1250 Broadway, 27th Floor <br> New York, NY 10001 <br> (212) 619-5400 <br> jnorton@nfllp.com | BAKER HOSTETLER, LLP <br> Marie L. Carlisle (*Pro Hac Vice*) <br> 8111 Main Street, Ste 1100 <br> Houston, TX 77002 <br> (713) 646-1388 <br> mcarlisle@bakerlaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants Ring Energy, Lloyd T. Rochford, Kelly Hoffman, David A. Fowler, Stanley M. McCabe, Anthony B. Petrelli, Clayton E. Woodrum, and Regina Roesner* |

IT IS SO ORDERED, that:

1. Plaintiff shall have until August 13, 2020 to file his opposition to Defendants' Motion to Dismiss;
2. Defendants shall have 15 days to file a reply; and
3. The deadline for the parties to contact the courtroom deputy for the purpose of scheduling mediation shall be extended until 10 days following a decision on the Motion to Dismiss.

Dated: July 13, 2020

_____
MIRANDA MAI DU, U.S.D.J.