**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SOLAK, derivatively on behalf of RING ENERGY, INC., <br><br>Plaintiff, <br><br>v. <br><br>LLOYD T ROCHFORD, KELLY HOFFMAN, DAVID A. Fowler, STANLEY M. MCCABE, ANTHONY B. PETRELLI and CLAYTON E. WOODRUM , <br><br>Defendants. <br><br>-and- <br><br>RING ENERGY, INC., a Nevada Corporation <br><br>Nominal Defendant. | Case No. 3:19-CV-00410-MMD-WGC <br><br><br>**STIPULATION AND ORDER REGARDING STAY OF CASE DEADLINES** <br><br>**[Second Request]** |

WHEREAS Plaintiff filed an Amended Complaint on April 29, 2020 [ECF No. 42];

WHEREAS, Defendants filed a Motion to Dismiss the Amended Complaint on June 30, 2020 [ECF No. 48];

WHEREAS, the Parties discussed the Court's minute order of April 30, 2020 [ECF No. . 45], wherein the Court directed the parties to contact the courtroom deputy for the purpose of scheduling mediation and on July 8, 2020 jointly requested that their deadline to do so be extended until 10 days following a decision on the Motion to Dismiss [ECF No. 49];

WHEREAS, the Court granted the Parties' stipulation agreeing to extend the deadline to schedule mediation on July 13, 2020 [ECF No. 50];

WHEREAS, Plaintiff filed its Opposition to the Motion to Dismiss on August 18, 2020 [ECF No. 51] and the Defendant filed their Reply brief on August 27, 2020 [ECF NO. 52];

WHEREAS, the Court granted the Motion to Dismiss the Amended Complaint on September 3, 2020 [ECF No. 53];

- 1 -

1  WHEREAS, on September 11, 2020, the Plaintiff moved for Reconsideration of the
2  September 3, 2020 Order dismissing the Amended Complaint [ECF No. 55] and the Parties fully
3  briefed the motion for reconsideration [ECF Nos. 56 and 57];

4  WHEREAS, on December 18, 2020, the Court granted the Motion for Reconsideration, in
5  part, allowing the Plaintiff to proceed to the extent his claims are based on alleged misconduct that
6  occurred after January 22, 2019 [ECF 58];

7  WHEREAS, as the deadlines in the operative Discovery Plan and Scheduling Order,
8  entered by the Court on April 30, 2020 [ECF No. 43] have all passed;

9  WHEREAS, the Parties have discussed the Order granting the Motion for Reconsideration,
10 in part, and have agreed to engage in informal settlement discussions without going through a
11 formal mediation process and jointly request that the Court stay all matters in this action, including
12 the deadline to contact the courtroom deputy for the purpose of scheduling mediation for thirty
13 (30) days in order to permit the Parties time to resolve the litigation without involving the Court;

14 WHEREAS, should the Parties not resolve the litigation through either informal settlement
15 discussions or mediation with the magistrate judge, the Parties request that the deadline to submit
16 an amended Joint Discovery Plan and Scheduling Order be set for thirty (30) days after conclusion
17 of mediation;

18 WHEREAS, this is the second request for an extension to the Court's Minute Order
19 directing the parties to schedule a mediation date [ECF No. 45] and first request for an extension
20 to submit an amended Joint Discovery Plan and Scheduling Order.

21 AGREED TO this 13th day of January, 2021, by:

22 THE O'MARA LAW FIRM, P.C.            DICKINSON WRIGHT PLLC

24 *s/ David C. O'Mara*                     *s/ Michael N. Feder*
   David C. O'Mara, Esq. (NV BAR 08599)     Michael N. Feder (NV Bar 7332)
25 311 E. Liberty Street                    3883 Howard Hughes Pkwy, Suite 800
   Reno, NV 89501                           Las Vegas, NV 89169
26 (775) 323-1321                           (702) 550-4400
27 david@omaralaw.net                       mfeder@dickinson-wright.com

| | |
|---|---|
| NEWMAN FERRARA LLP<br>Jeffrey M. Norton (*Pro Hac Vice*)<br>1250 Broadway, 27th Floor<br>New York, NY 10001<br>(212) 619-5400<br>jnorton@nfllp.com<br><br>*Attorneys for Plaintiff* | BAKER HOSTETLER, LLP<br>Marie L. Carlisle (*Pro Hac Vice*)<br>8111 Main Street, Ste 1100<br>Houston, TX 77002<br>(713) 646-1388<br>mcarlisle@bakerlaw.com<br><br>*Attorney for Defendants Ring Energy, Lloyd T. Rochford, Kelly Hoffman, David A. Fowler, Stanley M. McCabe, Anthony B. Petrelli, Clayton E. Woodrum, and Regina Roesner* |

**ORDER**

**IT IS SO ORDERED**, that, based on the foregoing Stipulation:

(1) the deadline for the parties to contact the courtroom deputy for the purpose of scheduling a mediation with the magistrate judge shall be extended until 30 days from the date of entry of this Order ; and

(2) the deadline for the parties to submit an amended Joint Discovery Plan and Scheduling Order shall be extended until 30 days after the date of the mediation with the magistrate judge, if necessary.

DATED: January 13, 2021

*/s/ William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

- 3 -